## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PEKIN INSURANCE COMPANY,** | ) | |
| | ) | **8:14CV93** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **INDIAN CREEK GOLF COURSE, LLC,** | ) | |
| **a Nebraska limited liability company,** | ) | |
| **GEORGE L. DENNIS, and BONNIE** | ) | |
| **DENNIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This cause coming on to be heard on plaintiff's motion to voluntarily dismiss this action (Filing No. 22), due notice having been given, and the Court being fully advised of the premises;

**IT IS HEREBY ORDERED** that on plaintiff's motion to voluntarily dismiss this action (Filing No. 22) is granted.   This cause is dismissed without prejudice and with each party to bear its own costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED this 22nd day of July, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge